In the Matter of the Accounting of JOAN PRICE, as Administratrix of the Estate of HOWARD PRICE, Deceased, Respondent. HARRY WEILL, Appellant.

In the Matter of the Accounting of JOAN PRICE, as Administratrix of the Estate of HOWARD PRICE, Deceased, Appellant. MAX WEILL, Respondent.

Argued November 16, 1953, decided January 14, 1954.

*Harry Lesser, Samuel Lesser* and *Jules Ornstein* for Harry Weill, appellant, and Max Weill, respondent.

*Jack H. Hantman* for administratrix, respondent and appellant.

Order affirmed, with costs payable by Harry Weill to Joan Price, administratrix; no opinion.

Order affirmed, with costs to Max Weill, payable out of the estate; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.